THE PEOPLE OF THE STATE OF NEW YORK ex rel. DELMAR S. GARDNER, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Gardner* v. *McAdoo,* 113 App. Div. 909, affirmed.
(Argued November 20, 1907; decided December 3, 1997.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1906, which confirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York. ·

*Jacob Rouss* and *Louis J. Grant* for appellant.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.